IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI

In re:   Dorothy Catherine Fries

Case No.:  05-71640-abf-13

In Proceedings Under
Chapter 13

Debtor

## APPLICATION TO DEPOSIT FUNDS INTO THE COURT REGISTRY ON BEHALF OF DEBTOR

COMES NOW Richard V. Fink, Chapter 13 Trustee, and applies to the Court for an Order to deposit funds as identified below in the total amount of $11.54 into the Court Registry, as provided by 11 U.S.C. Section 347.

Dated:  November 26, 2009

/s/  Richard V. Fink, Trustee

Richard V. Fink, Trustee
818 Grand Blvd., Suite 800
Kansas City, MO 64106-1901
(816) 842-1031

Ann Thompson, Court Executive
Us District Court
400 E 9Th St Rm 2710
Kansas City, MO  64106

Check No.:  26417

Creditor No.:  259181

| Case No. | Name | Amount of Payment |
|---|---|---|
| 05-71640-abf-13 | Dorothy Catherine Fries<br><br>7536 Hayes St<br>Overland Park, KS 66204 | $11.54 |

JQ     /Application Pay Funds Into Court Registry

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In re:   Dorothy Catherine Fries | Case No.:  05-71640-abf-13 |
| Debtor | In Proceedings Under Chapter 13 |

## NOTICE OF MOTION TO PAY FUNDS INTO THE COURT'S REGISTRY

Richard V. Fink, Trustee, has filed an Application to Deposit Funds into the Court's Registry.

Any response to the application must be filed within twenty (20) days of the date of this notice, pursuant to Local Rule 9013-1D, with the Clerk of the U.S. Bankruptcy Court.  Documents can be filed electronically at https://ecf.mowb.uscourts.gov.  A copy of such response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing.  If debtor's counsel is not registered for electronic filing, you must serve the response by mail.  If a response is timely filed, the Court will either rule the matter based on the pleadings, or set the matter for a hearing.  If a hearing is to be held, notice of such hearing will be sent to all parties in interest.  If no response is filed within twenty (20) days, the Court will enter an order to pay the funds into the Court's registry.  For information about electronic filing go to www.mow.uscourts.gov.  If you have questions about this document or the application, contact your attorney.

Dated:  November 26, 2009                                           /s/  Richard V. Fink, Trustee

  Richard V. Fink, Trustee
  818 Grand Blvd., Suite 800
  Kansas City, MO 64106-1901

## NOTICE OF SERVICE

Appropriate parties will be served by the Chapter 13 Trustee's Office either electronically or by mail.

/s/  Richard V. Fink, Trustee

  Richard V. Fink, Trustee
  818 Grand Blvd., Suite 800
  Kansas City, MO 64106-1901

JQ      /Application Pay Funds Into Court Registry